# EXHIBIT A



**College of Business**
**Dean's Office**
777 Glades Road
Boca Raton, FL 33431
tel: 561.297.3629
fax: 561.297.3686
business@fau.edu
www.fau.edu

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED and EMAIL**

September 15, 2025
Dr. Rebel Cole
Department of Finance
Florida Atlantic University
Re:     Notice of Administrative Leave with Pay

Dear Dr. Cole,

Pursuant to FAU Board of Trustees and the UFF Collective Bargaining Agreement ("CBA") Article 17.12(c), University Regulation 5.012, and University Policy 8.2, you are being placed on administrative leave with pay, effective immediately and until you receive further notice from a university official. The University has received complaints which gives us reason to believe that your continued presence on the job adversely affects university operations, and this action is being taken during the pendency of an investigation. The investigation will include a review of your conduct including, but not limited to, your recent social media posts that the University reasonably believes might disrupt the efficient functioning of the University, and/or jeopardize the safety or welfare of other employees, colleagues, or students.

Sincerely,

*Anita Pennathur*

Dr. Anita Pennathur
Chair, Department of Finance

Signature indicates acknowledgement of receipt of this Notice of Administrative Leave with Pay, dated September 15, 2025, and does not indicate agreement with the contents of the document.

_____
Name                                           Date

cc:     Dr. Russ Ivy, Interim Provost
        Dr. Stephen Engle, Associate Provost, Academic Personnel
        Dr. Daniel M. Gropper, Dean, College of Business
        Dr. Donald Neubaum, Associate Dean for Faculty and Administration
        Chee Ostinelli, Assistant Vice President, Human Resources
        Personnel File