# EXHIBIT B



Alan Lawson, Shareholder
101 E. College Avenue, 5th Floor
Tallahassee, Florida 32301

September 26, 2025

**VIA CERTIFIED MAIL AND EMAIL**

Dr. Rebel Cole
Professor, Department of Finance
College of Business
Florida Atlantic University
777 Glades Road
Boca Raton, FL 33431

Re:   Notice of Investigation and Upcoming Interview

Dear Dr. Cole:

As referenced in your Notice of Administrative Leave with Pay dated September 15, 2025, you remain on administrative leave pursuant to University policy and regulation. This letter serves to advise you that the University's investigation is proceeding and that an interview will be scheduled with you in the coming weeks. I will be conducting and overseeing this investigation on behalf of the University.

If you are represented by legal counsel, your attorney should contact the undersigned to coordinate scheduling. You may also request union representation in accordance with the applicable collective bargaining agreement.

This interview is part of the University's investigatory process and does not constitute disciplinary action. Additional details regarding the date and time of the interview will follow.

Sincerely,

Alan Lawson