# EXHIBIT D

| | |
|---|---|
| **From:** | Rebel Cole <coler@fau.edu> |
| **Sent:** | Tuesday, November 11, 2025 1:11 PM |
| **To:** | Anita Pennathur; Edward Trent |
| **Cc:** | Daniel Gropper; Stephen Engle; Donald Neubaum |
| **Subject:** | RE: Administrative leave reminder |

Receipt acknowledged.

Rebel A. Cole, PhD, CRE
Lynn Eminent Scholar Chaired Professor of Finance
Kaye Hall KH-140 |Florida Atlantic University |
777 Glades Road | Boca Raton, FL  33431
Office: 561-297-4969 | Fax: 561-297-2956 | Mobile: 312-933-0584
Email: coler@fau.edu
Webpage: www.rebelcole.com
ORCID: https://orcid.org/0000-0001-9830-662X
SSRN Author WebPage: http://ssrn.com/author=15769
Google Scholar Webpage: https://scholar.google.com/citations?user=suJMlHoAAAAJ&hl=en&oi=ao
Web of Science Webpage: https://www.webofscience.com/wos/author/record/Q-8533-2019
Sage Policy Profile: https://policyprofiles.sagepub.com/profile/15132/rebel-cole

---

**From:** Anita Pennathur <PENNATHU@fau.edu>
**Sent:** Monday, November 10, 2025 12:42 PM
**To:** Rebel Cole <coler@fau.edu>
**Cc:** Daniel Gropper <dgropper@fau.edu>; Stephen Engle <engle@fau.edu>; Donald Neubaum <dneubaum@fau.edu>
**Subject:** Administrative leave reminder

Dear Dr. Cole,

As you are aware, you were placed on administrative leave effective September 15, 2025. I am writing to remind you that, consistent with the terms of that leave, you are not permitted to be present on campus or to participate in any university-sponsored events or activities during the period of your leave.

This restriction includes attendance at the Boca Finance and Real Estate Conference hosted by the Department of Finance, College of Business. You should refrain from being present at the event or any related university functions until further notice or until your administrative leave has been formally concluded.

Thank you for your understanding and cooperation. Please acknowledge receipt of this email.

Sincerely,

Dr. Anita Pennathur
Chair, Department of Finance

Anita Pennathur, Ph.D.
Professor of Finance
Chair, Department of Finance
College of Business
Florida Atlantic University
777 Glades Road
Boca Raton, FL 33431
Tel: 561-297-3995
Email: pennathu@fau.edu

2