UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-81406-CV-MIDDLEBROOKS

REBEL A. COLE,

    Plaintiff,

v.

ADAM HASNER, et al.,

    Defendants.

_____/

## ORDER DENYING PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

THIS CAUSE comes before the Court on Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction (DE 3), filed November 12, 2025. Plaintiff Rebel Cole seeks to enjoin Defendants, officials at Florida Atlantic University, from enforcing their suspension and barring him from entering FAU property and participating in FAU events, including the Boca Finance and Real Estate Conference, scheduled for November 13-14, 2025. Plaintiff filed his emergency motion at 6:18 p.m. on Wednesday, November 12 and requests a ruling by 8:00 a.m., November 13. His motion indicates that it has not been served on FAU lead counsel but will be served promptly after filing.

Plaintiff was placed on administrative leave by FAU on September 15, 2025. The Notice of Suspension alleged the basis for suspension as being "conduct including, but not limited to, your recent media posts that the University reasonably believes might disrupt the efficient functioning of the University, and/or jeopardize the safety of other employees, colleagues, or students." FAU has apparently retained private counsel, who on September 26, 2025 advised Plaintiff that he would be conducting and overseeing an investigation on behalf of the University.

2

On October 31, 2025, Plaintiff's lawyer responded requesting immediate reinstatement.

This case presents serious issues, including speech which may be constitutionally protected. FAU claims public safety concerns. While I recognize Plaintiff's desire to attend the conference tomorrow morning, a reasoned decision cannot be issued under these time constraints and without a response from the University. While I urge the University to carefully consider whether Dr. Cole's attendance at a conference he apparently helped organize in fact jeopardizes the functioning of FAU or jeopardizes safety, I am unwilling to Order the relief Plaintiff requests at this juncture. The Defendants are directed to respond to the request for preliminary injunction within seven days, at which time an evidentiary hearing may be scheduled.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 12th day of September 2025, at 8:40 p.m.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record