IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-81406-CV-MIDDLEBROOKS

REBEL A. COLE,

    *Plaintiff*,

v.

ADAM HASNER, et al.,

    *Defendants*.
_____/

### NOTICE OF APPEARANCE

Mohammad O. Jazil gives notice of his appearance on behalf of Defendants ADAM HASNER, in his official capacity as President of Florida Atlantic University ("FAU"); RUSS IVY, in his official capacity as Interim Provost of FAU; STEPHEN ENGLE, in his official capacity as Associate Provost, Academic Personnel of FAU; and, ANITA PENNAUTHUR, in her official capacity as Chair of the Department of Finance of FAU (collectively, "the University"), in the above-styled action, and requests that all papers filed in this case be served upon him.

Dated: November 13, 2025

Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938
mjazil@holtzmanvogel.com
zbennington@holtzmanvogel.com

*Counsel for Florida Atlantic University*

1

2

## **CERTIFICATE OF SERVICE**

      I certify that on November 13, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

2